# STOLL, GLICKMAN & BELLINA<sup>ur</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

8/14/08

August 06, 2008

Honorable Judge Gerard Lynch
United States District Court
Southern District of New York
500 Pearl St. Rm.910
New York, NY 10007
BY FAX

Re: <u>Henry Lendor v. City of New York et al.</u> 07CV7617

Your Honor-

I write to request permission to amend the complaint in this case. Opposing counsel, Assistant Corporation Counsel Meghan Cavalieri, consents to this request.

This is a civil rights case where plaintiff claims he was falsely arrested and subjected to excessive force. If permitted, I seek to add Officer Paul Banks, Officer David Guthcil and Officer John Vera as defendants. Each officer was identified in the CCRB records as being present during the arrest of plaintiff.

Please let me know if there is any other information I can provide. Thank you for your consideration.

Sincerely Yours,

Nicole Bellina
718 852 4491

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
8/13/08

CC: ACC Cavalieri (BY FAX)